**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation and EDWARD T. McKINNIE, Jr., Individually <br><br> Defendants. | No. 23-cv-15161 <br><br> Judge: Elaine E. Bucklo <br><br> Mag. Judge: Heather K. McShain |

**Status Report**

Plaintiffs, by and through their attorneys, rant R. Piechocinski and Arnold and Kadjan, LLP, hereby submit this Status Report Regarding Status of Bankruptcy. In support thereof, Plaintiffs state as follows:

1. On or about November 22, 2024, Defendant Vision Painting & Decorating Services, Inc. filed a Chapter 11 Bankruptcy in the United States Bankruptcy Court for the Northern District of Illinois (24-BK-17620).

2. The bankruptcy is still currently pending.

1

3. The Chapter 11 Plan for reorganization is currently due April 7, 2025.

                              Respectfully submitted,

**Trustees of the Chicago Painters and Decorators Fringe Benefit Funds**

By:  /s/Grant R. Piechocinski
       One of their attorneys

Grant R. Piechocinski
**ARNOLD AND KADJAN, LLP**
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
(312) 236-0415
gp@aandklaw.com

2