# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Trustees of the Chicago Painters and Decorators Pension Fund, et al.

                Plaintiff,

v.

Vision Painting & Decorating Services, Incorporated, et al.

                Defendant.

Case No.: 1:23−cv−15161

Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the Joint Status Report. The bankruptcy was dismissed without discharge. Parties are still discussing settlement. A status hearing is reset for 12/16/2025 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 12/9/2025. The court will enter a scheduling order in response to the status report. The parties should contact the courtroom deputy prior to the next status hearing if they believe that the assistance of the magistrate judge would be helpful for settlement negotiations. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.