**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, <br><br>     Plaintiffs, <br><br>     v. <br><br>VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation and EDWARD T. McKINNIE, Jr., Individually <br><br>     Defendants. | No. 23-cv-15161 <br><br> Judge: Elaine E. Bucklo <br><br> Mag. Judge: Heather K. McShain |

## STATUS REPORT

Plaintiffs, by and through their attorneys, Paul M. Egan, Grant R. Piechocinski and Arnold and Kadjan, LLP, hereby present this Status Report and state as follows:

1

1. <u>THE NATURE OF THE CASE</u>

    **A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney**

| *Plaintiffs* | *Defendants* |
|---|---|
| Donald D. Schwartz (Lead) | Todd Abraham Miller (Lead) |
| James R. Anderson | Kathleen Marie Cahill |
| Grant R. Piechocinski | |
| **Arnold and Kadjan, LLP** | ***Allocco, Miller & Cahill, P.C.*** |
| 35 East Wacker Drive, Suite 600 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, Illinois 60601 | Chicago, IL 60606-2806 |
| (312) 236-0415 | (312) 675-4325 |

    **B. Briefly describe the nature of the claims asserted in the complaint and any Counterclaims and/or third party claims**

Plaintiffs are trustees of employee benefit plan funds who seek an audit of **Vision Painting & Decorating Services, Inc. ("VISION")** books and records for the period of **April 1, 2022 through the present** to determine if **Vision** has paid all contributions due and owing under its Collective Bargaining Agreement ("CBA"), plus liquidated damages and other charges due and owing under the terms of the CBA, Declarations of Trust, and applicable provisions of ERISA.

The Complaint also alleges **VISION** and **Edward T. McKinny** breached and installment note to repay fringe benefit contributions.

### C. Status of the Case and Audit

The audit was completed for the period of June 1, 2022 through September 30, 2024. Plaintiffs allege there is a total of $565,198.83 owed on the audit, which includes $372,551.10 in contributions; $55,882.67 in liquidated damages on the audit findings; $42,434.02 in liquidated damages on monthly reports that were not timely paid; $88,871.04 in underpaid monthly reports; and $5,460 in audit costs. The audit has been sent to the Defendant to review.

Count II of the complaint relates to a defaulted installment note. There is a balance of $228,082.40 owed on the installment note.

After the case was filed, Vision Painting and Decorating filed a Chapter 11 Bankruptcy. That bankruptcy was dismissed without discharge.

The parties have discussed payment through general contractors towards some amounts owed on the audit. Plaintiffs have proposed an agreed judgment and sent a draft motion for agreed judgment to the Defendants.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS PENSION FUND ET AL.**

/s/ Grant R. Piechocinski
*One of Plaintiffs' Attorneys*
Donald D. Schwartz
James R. Anderson
Grant R. Piechocinski
**Arnold and Kadjan, LLP**
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415