## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS PENSION FUND, )
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS WELFARE FUND, )
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS DEFERRED SAVINGS )
FUND, TRUSTEES OFTHE CHICAGO )
PAINTERS AND DECORATORS )
APPRENTICESHIP FUND, TRUSTEES OF )
THE CHICAGO PAINTERS AND )
DECORATORS SCHOLARSHIP FUND, )
TRUSTEES OF THE CHICAGO )          No. 23-cv-15161
PAINTERS AND DECORATORS JOINT )
COOPERATION TRUST FUND, and TRUSTEES )
OF THE CHICAGO PAINTERS AND )
DECORATORS RETIREMENT SAVINGS )
FUND. )
                         Plaintiffs, )
     v. )
                               )
VISION PAINTING & DECORATING )
SERVICES, INCORPORATED )
an Illinois corporation and EDWARD T. )
McKINNIE, Jr., Individually )
                        Defendants. )

## PLAINTIFFS' DISCLOSURES AND NOTIFICATION
## AS TO NO AFFILIATES

Pursuant to Rule 3.2 of this Court, Plaintiffs, by and through their attorneys, PAUL M. EGAN, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI, and ARNOLD AND KADJAN LLP, provide the following Disclosures and Notification as to No Affiliates:

The Plaintiff Funds are non-governmental, non-corporate entities with no shareholders and no affiliates.

Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS WELFARE FUND, et al.

ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Ste. 600
Chicago, IL 60601
(312)236-0415

By: /s/    Grant R. Piechocinski
One of Plaintiffs' attorneys