## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

Plaintiff,

v.

Case No.:
1:23−cv−15161

Honorable Elaine
E. Bucklo

Vision Painting & Decorating Services, Incorporated,
et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2026:

　　　MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed plaintiff's status report. Plaintiff will move for default judgment against defendant(s) if no response on the proposed agreed judgment is provided. Status hearing is reset for 5/21/2026 at 9:45 a.m. (to track the case only; no appearance is required). Status report is due 5/14/2026. The court will enter an order based on the report.Mailed notice.(mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.