**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS PENSION FUND, )
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS WELFARE )
FUND, TRUSTEES OF THE CHICAGO )
PAINTERS AND DECORATORS )
DEFERRED SAVINGS FUND, TRUSTEES OF )
THE CHICAGO PAINTERS AND )
DECORATORS APPRENTICESHIP FUND, )    No. 23-cv-15161
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS SCHOLARSHIP FUND, )    Judge: Elaine E. Bucklo
AND TRUSTEES OF THE CHICAGO )
PAINTERS AND DECORATORS JOINT )    Mag. Judge: Heather K. McShain
COOPERATION TRUST FUND, )
                    )
          Plaintiffs, )
                    )
                    )
      v. )
                    )
VISION PAINTING & DECORATING )
SERVICES, INCORPORATED, )
an Illinois corporation and EDWARD T. )
McKINNIE, Jr., Individually )
                    )
          Defendants. )

**PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN**

Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION

FUND, et al., by their attorneys, Paul M. Egan, James R. Anderson, Grant R. Piechocinski, Anita

Saliu and ARNOLD AND KADJAN LLP, hereby present their Motion for Judgment in Sum

Certain. In support thereof, Plaintiffs state as follows:

**COUNT I:**

1. Count I action to recover fringe benefit fund contributions and other amounts due and

   owing based upon breaches of collective bargaining agreements, Declarations of Trust,

and applicable provisions of the Employee Income Security Act of 1974 29 U.S.C. §1001 et seq. ("ERISA").

2. This case was filed on October 20, 2023.

3. Defendant Vision Painting & Decorating Services, Incorporated ("Vision") and was served on November 2, 2023. (Docket Entry 9).

4. Defendant Edward T. McKinnie, Jr. ("McKinnie") was served on November 2, 2023. (Docket Entry 8).

5. Both Defendants were held to be in default on December 11, 2023. (Docket Entry 12).

6. The audit findings revealed a total of **$565,198.83** is owed. (Ex. A – Wolf Affidavit).

7. This amount breaks down as follows: $372,551.10 in contributions; $88,871.04 in discrepancies (underpaid monthly reports); $98,316.69 in outstanding liquidated damages on monthly reports; and $5,460 in audit costs. (Ex A).

8. Therefore, Defendant Vision is liable for a total **$565,198.83.**

WHEREFORE, the Plaintiffs request that this Court enter judgment in favor of the Plaintiffs and against Defendant Vision in the amount of $565,198.83, pursuant to Count I of the Complaint, or grant such other or further relief that this Court deems appropriate under the circumstances.

**COUNT II:**

9. Plaintiffs restate paragraphs 1 through 9 of Count I as if fully set herein.

10. Count II is an action to recover fringe benefit contributions and other amounts due based upon breaches of installment notes. (Ex. B – Piechocinski Affidavit).

11. Defendant Vision and Defendant McKinnie are jointly and severally liable for the full amount owed on the balance of the note. (Ex. B).

12. There is a balance of $228,082.40 owed on the installment note. (Ex B).

WHEREFORE, the Plaintiffs request that this Court enter judgment in favor of the Plaintiffs and against Defendants jointly and severally in the amount of $228,082.40, pursuant to Count II of the Complaint, or grant such other or further relief that this Court deems appropriate under the circumstances.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**

By: /s/ Anita Saliu
One of their Attorneys

PAUL M. EGAN
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | No. 23-cv-15161 |
| | ) | |
| | ) | Judge: Elaine E. Bucklo |
| | ) | |
| | ) | Mag. Judge: Heather K. McShain |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation and EDWARD T. McKINNIE, Jr., Individually | ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

TO: Vision Painting & Decorating Services     Edward T. McKinnie, Individually
     c/o Edward T. McKinnie, Jr., Reg. Agent     12000 S. Marshfield
     12000 S. Marshfield                               Calumet Park, IL 60827
     Calumet Park, IL 60827

That the undersigned, an attorney of record, hereby certifies that the foregoing instrument was sent via First Class Mail service to the party listed at the above indicated address on May 14, 2026, on or before 5:00 p.m. CST.

TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS PENSION FUND, ET AL.

/s/      Anita Saliu

ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601