**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | No. 23-cv-15161<br><br>Judge: Elaine E. Bucklo<br><br>Mag. Judge: Heather K. McShain |
| v. | ) ) | |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation and EDWARD T. McKINNIE, Jr., Individually | ) ) ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF RICHARD J. WOLF**

I, Richard J. Wolf, upon being first duly sworn, on oath deposes and states:

1.      Affiant is President of the auditing firm of Richard J. Wolf & Company, Inc.

2.      Our firm completed a fringe benefit compliance audit for the Trustees of the Chicago Painters and Decorators Pension Fund, et al. of Defendant for the period of **June 1, 2022, through September 30, 2024.**

3.      The audit report found arrears owing to Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, ET AL., in the amount of

$372,551.10 in contributions; $55,882.67 in liquidated damages on the audit findings; $42,434.02 in liquidated damages on monthly reports that were not timely paid; $88,871.04 in underpaid monthly reports; and $5,460 in audit costs.

4.     The total due the Plaintiffs, including arrears, audit costs and liquidated damages of 15 percent, but excluding attorney's fees and court costs, is $565,198.83.

5.     Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

Richard J. Wolf

Subscribed and sworn to before me this ____11th____ day of ___May___, 2026

_____
Notary Public

MONEAR JOUDEH
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 22, 2026