## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, )<br><br>Plaintiffs, )<br><br>v. )<br><br>VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation and EDWARD T. McKINNIE, Jr., Individually )<br><br>Defendants. ) | No. 23-cv-15161<br><br>Judge: Elaine E. Bucklo<br><br>Mag. Judge: Heather K. McShain |

## AFFIDAVIT

I, Grant R. Piechocinski, being first duly sworn on oath, depose and state as follows:

1. I am employed at the law firm of Arnold and Kadjan.

2. Our office monitors installment notes for delinquent contributions.

3. This process includes receiving and accounting for all payments on installment notes and computing a running tally of remaining balances for each contractor.

4. Vision Painting & Decorating Services, Inc. ("Vision Painting") and Edward McKinnie, individually, ("McKinnie") entered into an installment note, which includes


Ex B

contributions, liquidated damages, and interest. (Ex. 1 – Installment Note)

5.  Defendants made some payments towards the installment note. A copy of the ledger is attached as Exhibit 2).

5.  However, the Installment Note is currently in default because the defendants have failed all of the required payments. (Ex. 1, Ex. 2).

7.  The balance due on the note after crediting payments received is $228,082.40. (Ex. 2).

8.  Affiant is currently not suffering from any infirmities and is competent to testify to the facts set forth herein.

FURTHER AFFIANT SAYETH NOT.

_____
Grant R. Piechocinski

**SUBSCRIBED AND SWORN TO**
before me this _____ day
of May, 2026.

_____
Notary Public

OFFICIAL SEAL
JANET A COTA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 05/19/2027

# INSTALLMENT NOTE

($259,582.40)

February 27, 2023

For Value Received, the undersigned promises to pay to the order of **Chicago Painters and Decorators Fringe Benefit Funds** the principal sum of Two Hundred Fifteen Thousand and 00/100 Dollars ($215,000) payable in installments as follows: Five Hundred and 00/100 Dollars ($500.00) on March 1, 2023; One Thousand and 00/100 Dollars ($1,000.00) on the 1st day of April 2023; One Thousand and 00/100 Dollars ($1,000.00) on the 1st day of May 2023; One Thousand and 00/100 Dollars ($1,000.00) on the 1st day of June 2023; Three Thousand Five Hundred and 00/100 Dollars ($3,500.00) on the 1st day of July 2023; Three Thousand Five Hundred and 00/100 Dollars ($3,500.00) on the 1st day of August 2023; Three Thousand Five Hundred and 00/100 Dollars ($3,500.00) on the 1st day of September 2023; Five Thousand One Hundred Sixteen and 30/100 Dollars ($5,116.30) on the 1st day of October 2023 and each successive month for 47 months with the final payment of Five Thousand One Hundred Sixteen and 30/100 Dollars ($5,116.30) due on the 1st day of September 2027 with interest on the balance of principal remaining from time to time unpaid at the rate of 8% per annum, payable on the due dates for installments of principal as aforesaid.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of 18% per annum. Payments of both principal and interest shall be delivered to Arnold and Kadjan LLP, 35 East Wacker Drive., Suite 600, Chicago, Illinois 60601 or such other place as the legal holder hereof may from time to time in writing appoint.

At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment or principal or interest, or any portion thereof, in accordance with the terms hereof. **Any failure to pay current fringe benefits as they become due shall constitute a default of this Note.** In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees. This agreement shall not infringe on the Chicago Painters and Decorators Fringe Benefit Funds right to perform a fringe benefit compliance audit for this period and collect any amounts shown to be owed on the audit.

The undersigned hereby authorizes, irrevocably, any attorney of any Court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof. If this Note is signed by more than one person, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

The makers of this Note acknowledge the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income Security Act, 29 U.S.C. 1145.

For: **Fringe Audit for the period of August 1, 2020 through March 31, 2022; Discrepancies through March 2022; and Liquidated Damages on Monthly Reports through March 2022; Wage Audit for the period of August 1, 2020 through March 31, 2022**

_____
Vision Painting & Decorating Services, Inc.

_____
By: Ed McKinnie, Jr., Individually

EX 1

**VISION PAINTING & DECORATING**          Painters
**12000 S MARSHFIELD AVE**
**CALUMET PART, IL 60827**
**EDDIE MCKINNIE, President**                    GRP

**Audit through 3/31/22; Discrepancies through 3/22; LDs through 3/22; Wage Audit through 3/2:**
**Principal: $215,000.00, Interest: $44,582.40, at 8%**

$259,582.40

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | BALANCE |
|---|---|---|---|---|---|
| 3/1/2023 | $500.00 | 3/21/2023 | $500.00 | 1232 | $259,082.40 |
| 04/01/23 | $1,000.00 | 3/27/2023 | $500.00 | 1229 | $258,582.40 |
| 05/01/23 | $1,000.00 | 4/27/2023 | $1,000.00 | 1240 | $257,582.40 |
| 06/01/23 | $1,000.00 | 9/7/2023 | $1,000.00 | 1274 | $256,582.40 |
| 07/01/23 | $3,500.00 | 9/7/2023 | $3,500.00 | 1275 | $253,082.40 |
| 08/01/23 | $3,500.00 | 8/14/2024 | $25,000.00 | 3001035388 | $228,082.40 |
| 09/01/23 | $3,500.00 | | | | $228,082.40 |
| 10/01/23 | $5,116.30 | | | | $228,082.40 |
| 11/01/23 | $5,116.30 | | | | $228,082.40 |
| 12/01/23 | $5,116.30 | | | | $228,082.40 |
| 01/01/24 | $5,116.30 | | | | $228,082.40 |
| 02/01/24 | $5,116.30 | | | | $228,082.40 |
| 03/01/24 | $5,116.30 | | | | $228,082.40 |

Ex 2