**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, ET AL | ) ) | |
| Plaintiffs, | ) | |
| v.. | ) | |
| | ) | No. 23-cv-15161 |
| | ) | |
| VISION PAINTING & DECORATING | ) | Judge Elaine E. Bucklo |
| SERVICES, INCORPORATED, | ) | |
| an Illinois corporation and EDWARD T. | ) | Mag. Jude Heather K. McShain |
| McKINNIE, Jr., Individually | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

TO: Vision Painting & Decorating Services      Edward T. McKinnie, Individually
       c/o Edward T. McKinnie, Jr., Reg. Agent     12000 S. Marshfield
       12000 S. Marshfield                          Calumet Park, IL 60827
       Calumet Park, IL 60827

       **PLEASE TAKE NOTICE** that on May 21, 2026 at 9:45 a.m. or as soon hereafter as counsel may be heard, I shall appear before the **Honorable Judge Elaine E. Bucklo, Room 2243** in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Order of Judgment in Sum Certain.

                           TRUSTEES OF THE CHICAGO PAINTERS AND
                           DECORATORS PENSION FUND,


                           <u>s/ Anita Saliu</u>
                           One of their Attorneys

ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601