**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

                                      Plaintiff,

v.

                                        Case No.:
                                        1:23−cv−15161
                                        Honorable Elaine
                                        E. Bucklo

Vision Painting & Decorating Services, Incorporated,
et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the status report. Plaintiffs' motion for judgment in Sum Certain [53] is granted. Enter Judgment Order. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.