**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS PENSION FUND, )
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS WELFARE )
FUND, TRUSTEES OF THE CHICAGO )
PAINTERS AND DECORATORS )
DEFERRED SAVINGS FUND, TRUSTEES OF )
THE CHICAGO PAINTERS AND )
DECORATORS APPRENTICESHIP FUND, )          No. 23-cv-15161
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS SCHOLARSHIP FUND, )          Judge: Elaine E. Bucklo
AND TRUSTEES OF THE CHICAGO )
PAINTERS AND DECORATORS JOINT )          Mag. Judge: Heather K. McShain
COOPERATION TRUST FUND, )
)
              Plaintiffs, )
)
)
    v. )
)
VISION PAINTING & DECORATING )
SERVICES, INCORPORATED, )
an Illinois corporation and EDWARD T. )
McKINNIE, Jr., Individually )
)
           Defendants. )

**JUDGMENT ORDER**

This Matter coming before the court on Plaintiffs' Motion for Judgment in Sum Certain

as to Count II of the Complaint, due notice being given and the Court advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion is GRANTED

2. Judgment is hereby entered in favor of the Plaintiffs and against the

    Defendants Vision Painting & Decorating Services, Inc. and Edward

    McKinnie, Jr. jointly and severally in the amount of $253,082.40.

Hon. Judge Buklo

_7/2/2026_

Date

Grant R. Piechocinski
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
gp@aandklaw.com
(312) 236-0415